

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

| | § | |
|---|---|---|
| FRANTZ PIERRE, | § | No. 08-25-00183-CV |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 210th District Court |
| | § | |
| CLAIRE SHAMBLIN CAYTON, SANEL | § | of El Paso County, Texas |
| VAN WYK, MARY AGUILAR-FELIX | § | |
| AND MCCARTHY HOLTHUS LLP, | § | (TC# 2025DCV0542) |
| | § | |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED this 30th day of July 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.